matter remitted to the Commission for further consideration on the opinion in *People ex rel. Sidney Water Works Co.* v. *Conservation Commission* (175 App. Div. 5), decided herewith.  All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL P. VAN WIE and HOWARD E. ROBINSON v. THE BOARD OF SUPERVISORS OF MONTGOMERY COUNTY.— Determination unanimously confirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. LOWY, Appellant, v. SAMUEL H. ORDWAY and Others, Comprising and Constituting the Civil Service Commission of the State of New York, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE THOMAS B. JEFFERY COMPANY OF WISCONSIN, Relator, v. MARTIN SAXE and Others, as State Tax Commissioners, and the STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

HARRY RONZETTI, Respondent, v. WILLIAM G. FOX, Appellant.— Judgment and order unanimously affirmed, with costs.

MARY E. ROSEMAN and Others, Respondents, v. WARREN DELANO, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

MARY E. ROSEMAN and Others, Respondents, v. WARREN DELANO, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

AUGUST W. L. ROTHENBERG, Respondent, v. JOSEPHINE F. COLLINS, as Administratrix, etc., of NEWTON COLLINS, Deceased, Appellant.—Judgment and order reversed upon the grounds stated by Woodward, J., in *Rothenberg* v. *Collins*, (161 App. Div. 387), and also upon the ground that the verdict is against the evidence.  All concurred, except Howard and Cochrane, JJ., who dissented.

SAMUEL R. ROGERS and LUELLA ROGERS, Respondents, v. JAMES J. BYARD, JR., Appellant.— Interlocutory judgment unanimously affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs in this court and in the court below.

STANLEY ROSS, Appellant, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs.

SCHENECTADY COUNTY COAL COMPANY, Appellant, v. CHARLES W. MILLER and WADE MILLER, Doing Business under the Firm Name and style of MILLER BROTHERS, Respondents.— Judgment unanimously affirmed, with costs.

CHARLES W. STICKLE, Appellant, v. BURT A. GEISINGER, Respondent. — Order unanimously affirmed, with ten dollars costs and disbursements.

WILLIAM M. SCHOULER, Appellant, v. WILLIAM A. RYAN and ISAAC LELAND, Respondents.— Judgment unanimously affirmed, with costs.

HERMAN SMITH, an Infant, by HERMAN WILLIAM SMITH, His Guardian ad Litem, Appellant, v. HERBERT E. LISTMAN, Respondent.— Order affirmed, with costs.  All concurred, except Howard, J., who dissented.